AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNER-TAMERLANE PUBLISHING CORP.; SHOWBILLY MUSIC; ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> VSBAR LLC d/b/a O'DEAR BAR & GRILL and VINCE CULP, each individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:26-cv-01310-IM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vince Culp
10810 NE Sandy Blvd.,
Portland, OR 97220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander H. Hill, OSB No. 135515
ahhill@grsm.com
Loren D. Podwill, OSB No. 843241
lpodwill@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 06/26/2026

By: s/K. Bourget, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNER-TAMERLANE PUBLISHING CORP.; SHOWBILLY MUSIC; ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> VSBAR LLC d/b/a O'DEAR BAR & GRILL and VINCE CULP, each individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:26-cv-01310-IM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VSBAR LLC d/b/a O'Dear Bar & Grill
c/o Register Agent Jewell Vincent
42747 SE Highway 26
Sandy, OR 97055

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander H. Hill, OSB No. 135515
ahhill@grsm.com
Loren D. Podwill, OSB No. 843241
lpodwill@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 06/26/2026

By: s/K. Bourget, Deputy Clerk